## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
## ALBANY DIVISION

| | |
|---|---|
| Peter Seymour,<br><br>  Plaintiff,<br><br>v.<br><br>Bank of America, N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>  Defendants. | No. 1:23-cv-00455-GLS-ATB<br><br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

  Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining Defendants remain pending.

  Dated: June 19, 2023

                  /s/ *Andrea Moss*
                  Andrea Moss
                  187 Hollow Rd.
                  Staatsburg, NY 12580
                  (212) 242-6152
                  Andreamoss01@gmail.com
                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Andrea Moss*