**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

| | |
|---|---|
| Peter Seymour, | No. 1:23-cv-00455-GLS-ATB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Bank of America, N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC. | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendants Bank of America, N.A., Experian Information Solutions, Inc., and TransUnion, LLC ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:    June 27, 2023

/s/ *Andrea Moss*
Andrea Moss
187 Hollow Rd.
Staatsburg, NY 12580
(212) 242-6152
Andreamoss01@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Andrea Moss*